SHAWN C. WESTRICK (SBN 235313)
*SWestrick@kswlawyers.com*
THE WESTRICK LAW FIRM, P.C.
11075 Santa Monica Blvd., Ste. 125
Los Angeles, CA 90025
Telephone: (810) 746-5808
Facsimile:  (810) 948-8878

Attorneys for Plaintiffs
Nicole Torres, Tanya Collins &
Andrew Hoeflin

MALCOLM A. HEINICKE (SBN 194174)
*Malcolm.Heinicke@mto.com*
MARJA-LIISA OVERBECK (SBN 261707)
*Mari.Overbeck@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE TORRES, TANYA COLLINS, ANDREW HOEFLIN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 15-CV-02225-PSG-KK<br><br>**NOTICE OF SETTLEMENT AND PENDING STIPULATION OF DISMISSAL**<br><br>Judge:   Hon. Philip S. Gutierrez |

34847733.1

NOTICE OF SETTLEMENT AND PENDING STIPULATION OF DISMISSAL

Pursuant to Civil Local Rule 40-2, Plaintiffs Nicole Torres, Tanya Collins, and Andrew Hoeflin and Defendant Wells Fargo Bank, N.A., hereby notify the Court that the parties anticipate that Plaintiffs will be filing a dismissal in this action that will result in dismissal of the above-captioned matter with prejudice as to all of their individual claims as pled in the action.  The parties therefore respectfully request that all pending deadlines and the trial date be vacated and the parties ordered to show cause if no dismissal has been filed by June 23, 2017.

DATED: May 17, 2017                The Westrick Law Firm, P.C.

By:   */s/ Shawn C. Westrick*
SHAWN C. WESTRICK

Attorneys for Plaintiffs

DATED: May 17, 2017                Munger, Tolles & Olson LLP

By:   */s/ Malcolm A. Heinicke*
MALCOLM A. HEINICKE

Attorneys for Defendant

FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4, regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

34847733.1

-2-

NOTICE OF SETTLEMENT AND PENDING STIPULATION OF DISMISSAL