1  SHAWN C. WESTRICK (SBN 235313)                    E-FILED 5/18/17
   *SWestrick@kswlawyers.com*
2  THE WESTRICK LAW FIRM, P.C.
   11075 Santa Monica Blvd., Ste. 125
3  Los Angeles, CA 90025                                      JS-6
   Telephone:  (810) 746-5808
4  Facsimile:   (810) 948-8878

5  Attorneys for Plaintiffs
   Nicole Torres, Tanya Collins &
6  Andrew Hoeflin

7  MALCOLM A. HEINICKE (SBN 194174)
   *Malcolm.Heinicke@mto.com*
8  MARJA-LIISA OVERBECK (SBN 261707)
   *Mari.Overbeck@mto.com*
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
10 Twenty-seventh Floor
   San Francisco, CA 94105-2907
11 Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
12
   Attorneys for Defendant
13 Wells Fargo Bank, N.A.

14

15                UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17

| 18  NICOLE TORRES, TANYA COLLINS, | Case No. 15-CV-02225-PSG-KK |
|---|---|
| 19  ANDREW HOEFLIN, individually, and on behalf of other members of the general public similarly situated, | **STIPULATION OF DISMISSAL PER FRCP 41(a)**; ORDER |
| 20 | |
| 21                Plaintiffs, | Judge:   Hon. Philip S. Gutierrez |
| 22        vs. | |
| 23  WELLS FARGO BANK, N.A., a national association; and DOES 1 through 10, inclusive, | |
| 24 | |
| 25                Defendant. | |

26

27

28

34757960.1

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-

2    1, Plaintiffs Nicole Torres, Tanya Collins, and Andrew Hoeflin and Defendant

3    Wells Fargo Bank, N.A., hereby stipulate to the dismissal of the above-captioned

4    matter with prejudice as to all of Plaintiffs' individual claims as pled in the action,

5    and with each party solely responsible for its own legal costs and fees.  This

6    dismissal is without prejudice to the claims of the absent, putative class members as

7    class certification was denied.

8        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9

10   DATED: May 18, 2017                The Westrick Law Firm, P.C.

11

12                                       By:   /s/ Shawn C. Westrick

13                                              SHAWN C. WESTRICK

14                                       Attorneys for Plaintiffs

15

16   DATED: May 18, 2017                Munger, Tolles & Olson LLP

17

18   **IT IS SO ORDERED.**

19   **DATED:** 5/19/17                  By:   /s/ Malcolm A. Heinicke

20                                              MALCOLM A. HEINICKE

21                                       Attorneys for Defendant

22   **U.S. DISTRICT JUDGE**

23              FILER'S ATTESTATION

24   Pursuant to Local Rule 5-4.3.4, regarding signatures, I attest that concurrence in the

25   filing of the document has been obtained from each of the other signatories listed

26   above.

27

28